# United States District Court
## Northern District of New York

Gary L. Sharpe
District Court Judge

James T. Foley Courthouse
445 Broadway
Albany, New York 12207
(518) 257-1870

June 17, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RECEIVED 2009 JUN 24 A 10: 50 FINANCIAL DISCLOSURE OFFICE

Dear Sir or Madam:

I am responding to your June 11, 2009 letter concerning an error in my 2008 report regarding the Part VII asset, "Aegean Marine."  Please be advised that as I checked the records relative to this asset, I found another Part VII error regarding "McDermott Intl Inc" that I wish to correct in order to avoid a similar problem in next year's report.  I address each asset separately.

<u>Aegean Marine, Part VII, page 6, line 51 (2007 Report)</u>

Aegean Marine should have been listed, and accompanied by a Part VIII note as follows: The 2007 report listed a "partial sale" of this asset and correctly identified the date and value and gain codes.  However, the sale was not partial, but total.  Therefore, the 2007 report should reflect a total sale, and it should not appear as an asset on the 2008 report.

<u>McDermott Intl Inc Common Stock, Part VII, page 6, line 48 (2007 Report), Part VII, page 10, line 103 (2008 Report) and "Unknown page and line number (2006 Report)"</u>

Unfortunately, I do not have a copy of my 2006 Report, and must

Sharpe_Gary_L

verbally trace this asset for you. Ultimately, it was purchased and totally disposed of in calendar year 2006, all of which should have been reflected on the 2006 Report. Therefore, the Part VII, page 6, line 48 2007 Report and the Part VII, page 10, line 103 2008 Report essentially reflect that it is a currently held asset which is incorrect.

The 2006 Report should have reflected a purchase on 2-27-2006, and a Value Code of J. The 2006 Report should have shown a total sale on 9-14-2006, a Value Code of J, and a Gain Code of B. As I said, I do not have my 2006 Report, and presume I missed the total disposition of this asset in that calendar year. The asset was then incorrectly carried forward as an existing asset on both the 2007 and 2008 Reports. It is my intention to delete the asset on next year's report and supply a note in Part VIII that references this letter.

I am enclosing the original and three (3) copies of this letter. As always, I appreciate the Committee's work, and I hope I have not caused extraordinary pain and suffering.

Very truly yours,

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>05/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 9: 39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Realty USA - Independent Contractor - Commissions |
| 2. 2008 | Real Estate Professional - Rental Property |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Mortgage on income property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA #1) | A | Dividend | K | T | | | | | |
| 2. -Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 3. -Thornburg International Value Fund A | | | | | Sold (part) | 10-6 | J | A | |
| 4. | | | | | Buy (add'l) | 11-5 | J | | |
| 5. -Aim Energy Fd Cl A | | | | | | | | | |
| 6. -Opppenheimer Gold & Special Metals Fund | | | | | | | | | |
| 7. -Jennison Natural Resources Fd Cl Z | | | | | Sold | 10-6 | J | A | |
| 8. -Blackrock All Cap Global Resources Cl I | | | | | Sold | 10-6 | J | A | |
| 9. -Eaton Vance Greater India Fund Cl A | | | | | Sold | 10-6 | J | A | |
| 10. -Blackrock Latin America Fd | | | | | Sold | 10-16 | J | A | |
| 11. -Delaware Emerging Mkts Fd | | | | | Sold | 10-16 | J | A | |
| 12. -Ing Russia Fund Cl A | | | | | Sold (part) | 10-6 | J | A | |
| 13. | | | | | Buy (add'l) | 11-5 | J | | |
| 14. -AllianceBerstein Greater China 97 Fd | | | | | Sold | 10-6 | J | A | |
| 15. Merrill Lynch (IRA #2) | A | Dividend | M | T | | | | | |
| 16. -Oppenheimer International Bond Fd Cl A | | | | | | | | | |
| 17. -DWS Drem Hgh Ret Eq Inst | | | | | Sold | 1-24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dreyfus Premier Intl Vlaue Cl A | | | | | Sold | 10-6 | J | A | |
| 19. -Lord Abbett Research Sm Cap Cl A | | | | | Sold | 10-6 | J | A | |
| 20. -Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 21. -Thornburg International Value Fund A | | | | | Sold | 10-6 | J | A | |
| 22. -Vankampen Comstock Fund Cl A | | | | | Sold | 10-6 | K | A | |
| 23. -Cohen & Steers Special Equity Fund | | | | | Sold | 1-24 | J | A | |
| 24. -Matthews Asian Funds Japan Funds | | | | | Sold | 4-25 | J | A | |
| 25. -Aim Energy Fd Cl A | | | | | Sold | 10-6 | K | A | |
| 26. -Nationwide Global Natural Resources Fd Cl A ... See Note | | | | | Sold (part) | 1-15 | J | A | |
| 27. | | | | | Buy (add'l) | 1-24 | K | | |
| 28. -Oppenheimer Gold & Special Metals Fund | | | | | | | | | |
| 29. -Alger Health Sciences A | | | | | | | | | |
| 30. -Blackrock Nat Resource I | | | | | Sold | 10-6 | K | A | |
| 31. -Columbia Technology Fd Cl A | | | | | Buy | 10-22 | J | | |
| 32. | | | | | Buy (add'l) | 10-24 | J | | |
| 33. | | | | | Buy (add'l) | 11-3 | J | | |
| 34. | | | | | Buy (add'l) | 11-5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11-6 | J | | |
| 36. | | | | | Buy (add'l) | 11-14 | J | | |
| 37. -Delaware Investments Diversified Income Cl A | | | | | Buy | 10-22 | J | | |
| 38. | | | | | Buy (add'l) | 10-24 | J | | |
| 39. | | | | | Buy (add'l) | 11-3 | J | | |
| 40. | | | | | Buy (add'l) | 11-5 | J | | |
| 41. | | | | | Buy (add'l) | 11-6 | J | | |
| 42. | | | | | Buy (add'l) | 11-14 | J | | |
| 43. -Baron Partners Fund NLD | | | | | Buy | 10-22 | J | | |
| 44. | | | | | Buy (add'l) | 10-24 | J | | |
| 45. | | | | | Buy (add'l) | 11-5 | J | | |
| 46. | | | | | Buy (add'l) | 11-6 | J | | |
| 47. | | | | | Buy (add'l) | 11-14 | J | | |
| 48. -John Hancock Large Cap Equity Fd Cl I | | | | | Buy | 10-22 | J | | |
| 49. | | | | | Buy (add'l) | 10-24 | J | | |
| 50. | | | | | Buy (add'l) | 11-3 | J | | |
| 51. | | | | | Buy (add'l) | 11-5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11-6 | J | | |
| 53. | | | | | Buy (add'l) | 11-14 | J | | |
| 54.   -Pimco Total Return Fd Cl A | | | | | Buy | 10-22 | J | | |
| 55. | | | | | Buy (add'l) | 10-24 | J | | |
| 56. | | | | | Buy (add'l) | 11-3 | J | | |
| 57. | | | | | Buy (add'l) | 11-5 | J | | |
| 58. | | | | | Buy (add'l) | 11-6 | J | | |
| 59. | | | | | Buy (add'l) | 11-14 | J | | |
| 60.   -Hartford Capital Appreciation Cl A | | | | | Buy | 10-22 | J | | |
| 61. | | | | | Buy (add'l) | 10-24 | J | | |
| 62. | | | | | Buy (add'l) | 11-3 | J | | |
| 63. | | | | | Buy (add'l) | 11-5 | J | | |
| 64. | | | | | Buy (add'l) | 11-6 | J | | |
| 65. | | | | | Buy (add'l) | 11-14 | J | | |
| 66.   -Eaton Vance Tax-MG Small Cap Cl A | | | | | Buy | 10-22 | J | | |
| 67. | | | | | Buy (add'l) | 10-24 | J | | |
| 68. | | | | | Buy (add'l) | 11-3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11-5 | J | | |
| 70. | | | | | Buy (add'l) | 11-6 | J | | |
| 71. | | | | | Buy (add'l) | 11-14 | J | | |
| 72. -RS Value Fund Cl A | | | | | Buy | 11-3 | J | | |
| 73. New York College Tuition Savings # 1 (5 29) | A | Dividend | J | T | Buy | 1-1 | J | | |
| 74. | | | | | Buy (add'l) | 2-1 | J | | |
| 75. | | | | | Buy (add'l) | 3-1 | J | | |
| 76. | | | | | Buy (add'l) | 4-1 | J | | |
| 77. | | | | | Buy (add'l) | 5-1 | J | | |
| 78. | | | | | Buy (add'l) | 6-1 | J | | |
| 79. | | | | | Buy (add'l) | 7-1 | J | | |
| 80. | | | | | Buy (add'l) | 8-1 | J | | |
| 81. | | | | | Buy (add'l) | 9-1 | J | | |
| 82. | | | | | Buy (add'l) | 10-1 | J | | |
| 83. | | | | | Buy (add'l) | 11-1 | J | | |
| 84. | | | | | Buy (add'l) | 12-1 | J | | |
| 85. New York College Tuition Savings #2 (529) | A | Dividend | J | T | Buy | 1-1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -McDermott Intl inc Common Stock | | | | | | | | | |
| 104. -Apple Computer Inc Common | | | | | | | | | |
| 105. -China Life Ins Co Common Stock | | | | | Closed | | | | See note in Part VIII |
| 106. -Dicks Sporting Goods Common Stock | | | | | Sold | 12-11 | J | A | |
| 107. -Hana Biosciences Common Stock | | | | | | | | | |
| 108. -Research in Motion LTD Common Stock | | | | | | | | | |
| 109. -Wachovia Corp Common Stock | | | | | Sold | 12-11 | J | A | |
| 110. -Southwest Energy Common Stock | | | | | Buy | 5-9 | J | | |
| 111. | | | | | Buy (add'l) | 5-15 | J | | |
| 112. -Altria Group Inc ("MO") Common Stock | | | | | Buy | 6-13 | J | | |
| 113. | | | | | Sold | 8-15 | J | A | |
| 114. -China Medical Technologies SPON ADR (" CMED") Common Stock | | | | | Buy | 6-13 | J | | |
| 115. | | | | | Sold | 10-10 | J | A | |
| 116. -Freddie Mac Common Stock | | | | | Buy | 7-23 | J | | |
| 117. -JP Morgan Chase & Co Common Stock | | | | | Buy | 7-23 | J | | |
| 118. | | | | | Sold | 10-10 | J | A | |
| 119. -Humna Inc Common Stock | | | | | Buy | 8-15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private |
| | | | | | | | | | |

(See Columns C1 and D3)    N =$250,001 - $500,000          O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                                 P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal                   R =Cost (Real Estate Only)    S =Assessment                    T =Cash Market
   (See Column C2)          U =Book Value                  V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 7-29 | J | A | |
| 138. | | | | | Sold (part) | 8-25 | J | A | |
| 139. -Alger Health Sciences A | | | | | Sold (part) | 1-28 | J | A | |
| 140. | | | | | Sold (part) | 2-29 | J | A | |
| 141. | | | | | Sold (part) | 3-24 | J | A | |
| 142. | | | | | Sold (part) | 4-25 | J | A | |
| 143. | | | | | Sold (part) | 5-28 | J | A | |
| 144. | | | | | Sold (part) | 7-1 | J | A | |
| 145. | | | | | Sold (part) | 7-29 | J | A | |
| 146. | | | | | Sold (part) | 8-25 | J | A | |
| 147. -Aberdeen Small Cap Fund Cl A | | | | | Sold (part) | 1-29 | J | A | See note in Part VIII |
| 148. | | | | | Sold (part) | 2-29 | J | A | |
| 149. | | | | | Sold (part) | 3-24 | J | A | |
| 150. | | | | | Sold (part) | 4-25 | J | A | |
| 151. | | | | | Sold (part) | 5-28 | J | A | |
| 152. | | | | | Sold (part) | 7-1 | J | A | |
| 153. | | | | | Sold (part) | 7-29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $75,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 8-25 | J | A | |
| 155.  -Baron partners Fund NLD | | | | | Sold (part) | 1-28 | J | A | |
| 156. | | | | | Sold (part) | 2-29 | J | A | |
| 157. | | | | | Sold (part) | 3-24 | J | A | |
| 158. | | | | | Sold (part) | 4-25 | J | A | |
| 159. | | | | | Sold (part) | 5-28 | J | A | |
| 160. | | | | | Sold (part) | 7-29 | J | A | |
| 161. | | | | | Sold (part) | 8-25 | J | A | |
| 162. | | | | | Sold (part) | 10-6 | J | A | |
| 163. | | | | | Buy (add'l) | 10-22 | J | | |
| 164. | | | | | Buy (add'l) | 11-5 | J | | |
| 165. | | | | | Buy (add'l) | 11-6 | J | | |
| 166. | | | | | Buy (add'l) | 11-14 | J | | |
| 167.  -Aberdeen Natural Resources Fund Cl A | | | | | Sold (part) | 1-29 | J | A | See note in part VIII |
| 168. | | | | | Sold (part) | 2-29 | J | A | |
| 169. | | | | | Sold (part) | 3-24 | J | A | |
| 170. | | | | | Sold (part) | 4-25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 5-28 | J | A | |
| 172. | | | | | Sold (part) | 7-29 | J | A | |
| 173. | | | | | Sold (part) | 8-25 | J | A | |
| 174. | | | | | Sold | 10-6 | K | A | |
| 175. -Blackrock All cap Global Resources Portfolio Cl I | | | | | Sold (part) | 1-28 | J | A | |
| 176. | | | | | Sold (part) | 2-29 | J | A | |
| 177. | | | | | Sold (part) | 3-24 | J | A | |
| 178. | | | | | Sold (part) | 4-25 | J | A | |
| 179. | | | | | Sold (part) | 5-28 | J | A | |
| 180. | | | | | Sold (part) | 7-1 | J | A | |
| 181. | | | | | Sold (part) | 7-29 | J | A | |
| 182. | | | | | Sold (part) | 8-25 | J | A | |
| 183. | | | | | Sold | 10-6 | K | A | |
| 184. -Blackrock Latin America Fd Cl I | | | | | Sold (part) | 1-29 | J | A | See note in Part VIII |
| 185. | | | | | Sold (part) | 2-29 | J | A | |
| 186. | | | | | Sold (part) | 3-24 | J | A | |
| 187. | | | | | Sold (part) | 4-25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 5-28 | J | A | |
| 189. | | | | | Sold (part) | 7-1 | J | A | |
| 190. | | | | | Sold (part) | 7-29 | J | A | |
| 191. | | | | | Sold (part) | 8-25 | J | A | |
| 192. | | | | | Sold | 10-6 | J | A | |
| 193. -Oppenheimer International Bond Fd Cl A | | | | | Sold (part) | 1-29 | J | A | |
| 194. | | | | | Sold (part) | 2-29 | J | A | |
| 195. | | | | | Sold (part) | 3-24 | J | A | |
| 196. | | | | | Sold (part) | 4-25 | J | A | |
| 197. | | | | | Sold (part) | 5-28 | J | A | |
| 198. | | | | | Sold (part) | 7-1 | J | A | |
| 199. | | | | | Sold (part) | 7-29 | J | A | |
| 200. | | | | | Sold (part) | 8-25 | J | A | |
| 201. -Oppenheimer Developing Markets Fd Cl | | | | | Sold (part) | 1-25 | J | A | |
| 202. | | | | | Sold (part) | 1-29 | J | A | |
| 203. | | | | | Sold (part) | 2-29 | J | A | |
| 204. | | | | | Sold (part) | 3-24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 4-15 | J | A | |
| 206. | | | | | Sold (part) | 4-25 | J | A | |
| 207. | | | | | Sold (part) | 5-28 | J | A | |
| 208. | | | | | Sold (part) | 7-1 | J | A | |
| 209. | | | | | Sold (part) | 7-15 | J | A | |
| 210. | | | | | Sold (part) | 7-29 | J | A | |
| 211. | | | | | Sold (part) | 8-25 | J | A | |
| 212. -Loomis Sayles Bond Fd Instl Cl | | | | | Sold | 1-24 | J | A | |
| 213. -Hartford Capital Appreciation Cl A | | | | | Sold (part) | 1-29 | J | A | |
| 214. | | | | | Sold (part) | 2-29 | J | A | |
| 215. | | | | | Sold (part) | 3-24 | J | A | |
| 216. | | | | | Sold (part) | 4-25 | J | A | |
| 217. | | | | | Sold (part) | 5-28 | J | A | |
| 218. | | | | | Sold (part) | 7-1 | J | A | |
| 219. | | | | | Sold (part) | 7-29 | J | A | |
| 220. | | | | | Sold (part) | 8-25 | J | A | |
| 221. | | | | | Sold | 10-6 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 10-22 | J | | |
| 223. | | | | | Buy (add'l) | 11-5 | J | | |
| 224. | | | | | Buy (add'l) | 11-6 | J | | |
| 225. | | | | | Buy (add'l) | 11-14 | J | | |
| 226. -Columbia Marisco Focused equity Cl A | | | | | Sold (part) | 1-29 | J | A | |
| 227. | | | | | Sold (part) | 2-29 | J | A | |
| 228. | | | | | Sold (part) | 3-24 | J | A | |
| 229. | | | | | Sold (part) | 4-25 | J | A | |
| 230. | | | | | Sold (part) | 5-28 | J | A | |
| 231. | | | | | Sold (part) | 7-1 | J | A | |
| 232. | | | | | Sold (part) | 7-29 | J | A | |
| 233. | | | | | Sold (part) | 8-25 | J | A | |
| 234. | | | | | Sold | 10-6 | J | A | |
| 235. -Thornburg International Value Fd I | | | | | Sold (part) | 1-29 | J | A | |
| 236. | | | | | Sold (part) | 2-29 | J | A | |
| 237. | | | | | Sold (part) | 3-24 | J | A | |
| 238. | | | | | Sold (part) | 4-25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 5-28 | J | A | |
| 240. | | | | | Sold (part) | 7-1 | J | A | |
| 241. | | | | | Sold (part) | 7-29 | J | A | |
| 242. | | | | | Sold (part) | 8-25 | J | A | |
| 243. | | | | | Sold | 10-6 | K | A | |
| 244.  -American Cap Inc BLDR FD SBI Cl A | | | | | Sold (part) | 1-24 | J | A | |
| 245. | | | | | Sold (part) | 2-29 | J | A | |
| 246. | | | | | Sold (part) | 3-24 | J | A | |
| 247. | | | | | Sold (part) | 4-25 | J | A | |
| 248. | | | | | Sold (part) | 5-28 | J | A | |
| 249. | | | | | Sold (part) | 7-1 | J | A | |
| 250. | | | | | Sold (part) | 7-29 | J | A | |
| 251. | | | | | Sold (part) | 8-25 | J | A | |
| 252. | | | | | Sold | 10-6 | J | A | |
| 253.  -Ultra Financials Proshares Trust ("UYG") | | | | | Buy | 1-24 | J | | |
| 254.  -Columbia Technology Fd Cl A ("CTCAX") | | | | | Buy | 10-22 | J | | |
| 255. | | | | | Buy (add'l) | 11-5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11-6 | J | | |
| 257. | | | | | Buy (add'l) | 11-14 | J | | |
| 258. -Delaware Investments Diversified Income Cl A ("DPDFX") | | | | | Buy | 10-22 | J | | |
| 259. | | | | | Buy (add'l) | 11-5 | J | | |
| 260. | | | | | Buy (add'l) | 11-6 | J | | |
| 261. | | | | | Buy (add'l) | 11-14 | J | | |
| 262. -John Hancock Large Cap Equity Fd Cl I ("J LVIX") | | | | | Buy | 10-22 | J | | |
| 263. | | | | | Buy (add'l) | 11-5 | J | | |
| 264. | | | | | Buy (add'l) | 11-6 | J | | |
| 265. | | | | | Buy (add'l) | 11-14 | J | | |
| 266. -Pimco Total Return Fd Cl A ("PTTAX") | | | | | Buy | 10-22 | J | | |
| 267. | | | | | Buy (add'l) | 11-5 | J | | |
| 268. | | | | | Buy (add'l) | 11-6 | J | | |
| 269. | | | | | Buy (add'l) | 11-14 | J | | |
| 270. -Eaton Vance Tax-MG Small Cap Cl A ("ET MGX") | | | | | Buy | 10-22 | J | | |
| 271. | | | | | Buy (add'l) | 11-5 | J | | |
| 272. | | | | | Buy (add'l) | 11-6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 11-14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VIIA: L. 105: Last year's report should have reflected a "sale" of this asset on February 14, 2007 with a value code "J" and a gain code "A". Accordingly, I marked the asset "closed."

L. 131: This asset is now described as "Gabelli Enterprise Metgers and Acquisitions Cl A". It is the identical asset listed on last year's report at L. 65 as "AXA Enterprsie Mergers & Acquisitions Cl A". I don't know why there was a name change, but it is the same asset.

L. 147: This asset is now described as "Aberdeen Small Cap Fund Cl A". It is the identical asset listed on last year's report at L. 67 as "Gartmore Small Cap Fund Cl A". I don't know why there was a name change, but it is the same asset.

L. 167: This asset is now described as "Aberdeen Natural Resources Fund Cl A". It is the identical asset listed on last year's report at L. 69 as "Nationwide Global Natural Resources Fund Cl A". I don't know why there was a name change, but it is the same asset.

L. 184: This asset is now described as "Blackrock Latin America Fd Cl I". It is the identical asset listed on last year's report at L. 71 as "ML Latin America Fd Cl I". I don't know why there was a name change, but it is the same asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544